08 MAY 20 PM 2:59

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 1722 L**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
|       Plaintiff, ) | I N D I C T M E N T |
| ) | |
|     v. ) | Title 8, U.S.C., Secs. 1326(a) |
| ) | and (b) - Attempted Entry After |
| JORGE ANTONIO ) | Deportation |
|     RODRIGUEZ-BARRON, ) | |
| ) | |
|       Defendant. ) | |

The grand jury charges:

On or about May 1, 2008, within the Southern District of California, defendant JORGE ANTONIO RODRIGUEZ-BARRON, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from

//

CJB:fer:San Diego/Imperial
5/23/08

1  Mexico into the United States, that was a substantial step toward

2  committing the offense, all in violation of Title 8, United States

3  Code, Sections 1326(a) and (b).

4      It is further alleged that defendant JORGE ANTONIO RODRIGUEZ-

5  BARRON was removed from the United States subsequent to June 27, 2006.

6      DATED: May 28, 2008.

7                                        A TRUE BILL:

8

9                                        _____
                                         Foreperson

10

11 KAREN P. HEWITT
   United States Attorney

12

13 By:  _____
        CARLA J. BRESSLER

14      Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2